IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FELICITA ARZUAGA ORTIZ

DEBTOR(S)

CASE NO. 22-00057-ESL

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is :$ To be determined.

3. The general unsecured pool is :$ 0

AMENDED PLAN DATE: May 18, 2022     PLAN BASE: $15,200.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 6/6/2022

[ ] FAVORABLE     [X] UNFAVORABLE

**[X] OTHER:**

Debtor ceded via cession deed, her interest in inheritance real property in October 2019, while she was in bankruptcy in prior case 19-01512. Per cession deed provided to Trustee, debtor received on October 2019 the amount of $15,000.00 that was not disclosed in prior case. Moreover, prior case, was dismissed on December 13, 2021 on account of arrears. Debtor did not request Court authorization to cede her interest nor to use monies. The instant case was filed on January 14,2022. (1) Regarding the transfer, in order to review if an avoidance action would be commenced by Trustee, debtor is asked to provide (a) valuation of real property transferred at the time of the filing (b) photos of real property transferred (c) comparable of real properties . (2) Regarding funds received, in order to determine if the voluntary petition as well as the plan have been filed in good faith pursuant to 11 USC 1325(a)(3) and 11 USC 1325(a)(7) debtor is asked to provide: (a) documentation to sustain where the monies where deposited in 2019 (b) Bank statements from all accounts from September 2019- to December 2021. (c) A written explanation under oath detailing the use of the funds.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Pedro R Medina
Pedro R Medina

Atty: ADELA L TORRUELLA*

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG